**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 5, 2015

Hon. R. Casey Low
Pillsbury Winthrop Shaw Pittman, LLP
401 Congress, Ste. 1700
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. Scot G. Doyen
Paragon Center One
450 Gears Rd., Suite 350
Houston, TX 77067
* DELIVERED VIA E-MAIL *

Hon. Alasdair Roberts
Paragon Center One
450 Gears Road, Suite 350
Houston, TX 77067
* DELIVERED VIA E-MAIL *

Hon. Jason Matthew Panzer
Herring & Panzer, LLP
1411 West Ave., Suite 100
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. Charles Herring Jr.
Herring & Panzer
1411 West Avenue, Ste. 100
Austin, TX 78701
* DELIVERED VIA E-MAIL *

Hon. Molly K. Bowen
Attorney at Law
3810 West Alabama Street
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Hon. Amber Anderson Mostyn
Attorney at Law
3810 W. Alabama Street
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Hon. William Abbott
Doyen Sebesta, Ltd., LLP
450 Gears Road, Ste. 350
Houston, TX 77067
* DELIVERED VIA E-MAIL *

Hon. Rose Guerra Reyna
206th District Court
Hidalgo County Courthouse
100 N. Closner, 2nd Floor
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00521-CV
Tr.Ct.No.  C-1137-13-B
Style:    In re National Lloyds Insurance Company

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:   Hon. Laura Hinojosa (DELIVERED VIA E-MAIL)
       Hon. Missy Medary (DELIVERED VIA E-MAIL)